IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE MORRISON,<br><br>    Plaintiff,<br><br>  vs.<br><br>Correctional Officers J. MOORE, D. KENT, and J. VALDEZ; and Inmate CARMOUCHE,<br><br>    Defendants.<br>_____ / | No. C 05-2290 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. In the initial review order one claim was dismissed without leave to amend and one was dismissed with leave to amend. Rather than amending, plaintiff asked for appointment of counsel. Because he provided no grounds for his request, it was denied, but the time to amend was extended. That time has long since expired and plaintiff has not amended. This case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August    3   , 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.05\MORRISON290.DSM.wpd